ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Raytheon Company and Raytheon ) ASBCA Nos. 60700, 60701
  Missile Systems )
)
Under Contract Nos. N00024-04-C-5457 )
            N00024-07-C-5443 )

APPEARANCES FOR THE APPELLANT:     Karen L. Manos, Esq.
                                           John W. F. Chesley, Esq.
                                         Erin N. Rankin, Esq.
                                          Gibson, Dunn & Crutcher LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                           DCMA Chief Trial Attorney
                                         Alexander M. Healy, Esq.
                                         Trial Attorney
                                       Defense Contract Management Agency
                                       Hanscom AFB, MA

## ORDER OF DISMISSAL

The parties' Joint Motion to Dismiss, received on January 27, 2020, reports that the dispute that is the subject of the above-captioned appeals has been settled in accordance with a settlement agreement effective on January 14, 2020. Accordingly, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the appeals must be filed within 180 days of the date of this order.

Dated: January 29, 2020

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60700, 60701, Appeals of Raytheon Company and Raytheon Missile Systems, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2